Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Tatiana Semerjian Nunneri (Bar No. 300493)
tnunneri@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF
AMERICA and CALIFORNIA PACIFIC
MEDICAL CENTER PLAN

Corinne Chandler, State Bar No 111423
 E-mail: cchandler@kantorlaw net
Mitchell O Hefter, State Bar No. 291985
 E-mail mhefter@kantorlaw net
Glenn R Kantor, State Bar No. 122643
 E-mail- gkantor@kantorlaw net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone (818) 886-2525
Facsimile (818) 350-6272

Attorneys for Plaintiff,
JAMILA MOHAMED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILA MOHAMED,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, CALIFORNIA PACIFIC MEDICAL CENTER PLAN,<br><br>　　　　Defendants. | Case No. 3:18-cv-00284-JST<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**<br><br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: January 12, 2018 |

///

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

162911.1

Case No. 3:18-cv-00284-JST
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER THEREON

1  IT IS HEREBY STIPULATED by and between Plaintiff JAMILA MOHAMED ("Plaintiff") and Defendants UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life") and CALIFORNIA PACIFIC MEDICAL CENTER PLAN (the "Plan"), by and through their respective counsel, as follows:

WHEREAS, pursuant to this Court's Order dated February 2, 2018 (Docket No. 14), the Case Management Conference in this matter has been set for Wednesday, May 9, 2018, at 2:00 p.m. and the Joint Case Management Conference Statement is due by April 30, 2018 by 5:00 p.m.;

WHEREAS, the Parties are scheduled to mediate this case with Adrienne Publicover of JAMS on Thursday, May 10, 2018;

WHEREAS, counsel for the Parties have met and conferred and believe there is good cause to (1) continue the Case Management Conference to May 23, 2018 at 2:00 p.m. or May 30, 2018 at 2:00 p.m., or a date thereafter that is convenient to the Court, and to (2) extend the deadline to file the Joint Case Management Conference Statement until May 16, 2018, so they may focus on settlement discussions and the upcoming mediation.

IT IS HEREBY STIPULATED, by and between Plaintiff, Unum Life, and the Plan, by and through their respective attorneys of record, that the Parties respectfully request to continue the Case Management Conference to May 23, 2018 at 2:00 p.m. or May 30, 2018 at 2:00 p.m., or a date thereafter that is convenient to the Court, and

///
///
///
///
///
///
///

to extend the deadline to file the Joint Case Management Conference Statement until May 16, 2018.

**IT IS SO STIPULATED.**.

Dated: March 27, 2018

Corinne Chandler
Mitchell O. Hefter
Glenn R. Kantor
KANTOR & KANTOR, LLP


By: ___*/s/ Glenn R. Kantor*___
Glenn R. Kantor
Attorneys for Plaintiff,
JAMILA MOHAMED

Dated: March 27, 2018

Anna Maria Martin
Tatiana Semerjian Nunneri
MESERVE, MUMPER & HUGHES LLP


By: ___*/s/ Tatiana Semerjian Nunneri*___
Tatiana Semerjian Nunneri
Attorneys for Defendants
UNUM LIFE INSURANCE
COMPANY OF AMERICA and
CALIFORNIA PACIFIC
MEDICAL CENTER PLAN

# **O R D E R**

Pursuant to the Stipulation of the Parties, and for good cause shown, the Court hereby continues the Case Management Conference to _May 30, 2018_ and extends the deadline to file the Joint Case Management Conference Statement to May 16, 2018.

**IT IS SO ORDERED.**

Dated: _March 27, 2018_        _____
Jon S. Tigar
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

162911.1

3

Case No. 3:18-cv-00284-JST
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER THEREON

## FILER'S ATTESTATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

162911.1

4

Case No. 3:18-cv-00284-JST
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER THEREON