UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILA MOHAMED,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, CALIFORNIA PACIFIC MEDICAL CENTER PLAN,<br><br>    Defendants. | Case No. 3:18-cv-00284-JST<br><br>**ORDER GRANTING STIPULATION RE: STANDARD OF REVIEW AND DISMISSAL OF CALIFORNIA PACIFIC MEDICAL CENTER PLAN**<br><br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: January 12, 2018 |

IT IS HEREBY ORDERED that Defendant CALIFORNIA PACIFIC MEDICAL CENTER PLAN is dismissed from this action without prejudice, with the Parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss and dismissal of CALIFORNIA PACIFIC MEDICAL CENTER PLAN. Unum Life Insurance Company of America shall remain the only named defendant in this action.

IT IS HEREBY FURTHER ORDERED that the standard of review to be employed for trial or on cross-motions for judgment on the claim for disability

/ / /

/ / /

/ / /

benefits will be *de novo*. This Order regarding the appropriate standard of review is specifically limited to this case.

**IT IS SO ORDERED.**

Dated: May 2, 2018

_____
Jon S. Tigar
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

162135.1