Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Tatiana Semerjian Nunneri (Bar No. 300493)
tnunneri@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

Corinne Chandler, State Bar No 111423
cchandler@kantorlaw.net
Mitchell O Hefter, State Bar No. 291985
mhefter@kantorlaw.net
Glenn R Kantor, State Bar No. 122643
gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone (818) 886-2525
Facsimile (818) 350-6272

Attorneys for Plaintiff,
JAMILA MOHAMED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILA MOHAMED, | Case No. 3:18-cv-00284-JST |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** |
| vs. | **[PROPOSED] ORDER THEREON** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, CALIFORNIA PACIFIC MEDICAL CENTER PLAN, | Judge: Hon. Jon S. Tigar |
| Defendants. | Complaint Filed: January 12, 2018 |

IT IS HEREBY STIPULATED, by and between Plaintiff JAMILA MOHAMED and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each

Party shall bear its own attorney fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated:  December 10, 2018        Corinne Chandler
                                 Glenn R. Kantor
                                 KANTOR & KANTOR, LLP


                                 By:    */s/ Corinne Chandler*
                                        Corinne Chandler
                                        Attorneys for Plaintiff,
                                        JAMILA MOHAMED


Dated:  December 10, 2018        Anna Maria Martin
                                 Tatiana Semerjian Nunneri
                                 MESERVE, MUMPER & HUGHES LLP


                                 By:    */s/ Anna Maria Martin*
                                        Anna Maria Martin
                                        Attorneys for Defendant
                                        UNUM LIFE INSURANCE COMPANY
                                        OF AMERICA

**FILER'S ATTESTATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**ORDER**

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:18-cv-00284-JST, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: December 11, 2018

HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE